ACCEPTED
01-15-00370-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 11:59:48 AM
CHRISTOPHER PRINE
CLERK

# IN THE
# COURT OF APPEALS
# FOR THE
# FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 11:59:48 AM
CHRISTOPHER A. PRINE
Clerk

NO.: 01-15-00370-CR

DANIEL WAYNE TOVAR

v.

STATE OF TEXAS

On Appeal from the 20th Judicial District Court of
Milam County, Texas (No. 24,217)

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF
## FOR APPELLANT DANIEL WAYNE TOVAR

Tyler Pennington
PENNINGTON LAW PLLC
106 S. Harris St., Suite 125
Round Rock, Texas 78664
Tel: (512) 255-2733
Fax: (866) 736-3690

COUNSEL FOR APPELLANT
DANIEL WAYNE TOVAR

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant Daniel Wayne Tovar, through his *attorney of record*, Tyler Pennington of Pennington Law PLLC respectfully requests an extension to file his appellant brief. Undersigned counsel has various trials and hearings set in June and July 2015. Due to undersigned counsel's trial schedule he is unable to submit the brief by the current deadline of July 2, 2015. Appellant requests a 30-day extension making the brief due on August 2, 2015.

Dated:  June 29, 2015                    Respectfully submitted,

                                        */s/Tyler Pennington*
                                        Tyler Pennington
                                        PENNINGTON LAW PLLC
                                        106 S. Harris St., Suite 125
                                        Round Rock, Texas 78664
                                        Tel: (512) 255-2733
                                        Fax: (866) 736-3690

                                        COUNSEL FOR APPELLANT
                                        DANIEL WAYNE TOVAR

# CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service has been sent to the District Attorney's Office of Milam County, Texas on June 29, 2015 via as follows:

Bill Torrey
Milam County District Attorney
204 N. Central
Cameron, Texas 76520
PH: 254-697-7013
FAX: 254-697-7016
*By facsimile*

*/s/Tyler Pennington*
Tyler Pennington